Dismissed and Memorandum Opinion filed March 25, 2010.

 

 

In The

                                                                                                         

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00157-CV

____________

 

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

 

V.

 

RANDALL CRAIG LEWIS, Appellee

 



 

On Appeal from the 506th District Court

Waller County, Texas

Trial Court Cause No. 08-07-19447

 



 

M E M O R
A N D U M   O P I N I O N

This is an appeal from a judgment signed November 16, 2009. On
February 26, 2010, the Waller County District Clerk’s office furnished this court
with a certified copy of an order signed February 23, 2010, granting a new
trial in this case. Accordingly, the issues in this appeal have been rendered
moot. 

            On February 26, 2010, notification was transmitted to the
parties of this court’s intention to dismiss the appeal for want of
jurisdiction unless any party filed a response demonstrating meritorious
grounds for continuing the appeal. No response was filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Anderson and Christopher.